People v Parrott

2026 NY Slip Op 02791

May 5, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, Respondent,

v

Dominique Parrott, Defendant-Appellant.

Decided and Entered: May 05, 2026

Ind No. 659/17|Appeal No. 6528|Case No. 2019-03753|

Before: Manzanet-Daniels, J.P., Kapnick, Rodriguez, Pitt-Burke, O'neill Levy, JJ.

Twyla Carter, The Legal Aid Society, New York (DÉsirÉe Sheridan of counsel), for appellant.

Alvin L. Bragg, Jr., District Attorney, New York (Matthew Osnowitz of counsel), for respondent.

[*1]

Judgment, Supreme Court, New York County (Juan M. Merchan, J.), rendered May 6, 2019, convicting defendant, upon his plea of guilty, of burglary in the second degree and criminal trespass in the second degree, and sentencing him to a prison term of 3½ years followed by 5 years of postrelease supervision on the burglary count and a concurrent term of one year on the criminal trespass count, unanimously modified, on the law, to the extent of vacating his conviction of criminal trespass in the second degree, and otherwise affirmed.

Defendant did not validly waive his right to appeal, as the record does not establish that defendant had a "full appreciation of the consequences" of the waiver (People v Thomas, 34 NY3d 545, 560 [2019], cert denied 589 US 1302 [2020] [internal quotation marks omitted]). Nevertheless, we perceive no basis for reducing the five-year term of postrelease supervision.

As the People concede, defendant's conviction and sentence for criminal trespass in the second degree must be vacated because he "did not plead guilty to that offense" (People v Alexander, 62 AD3d 719, 720 [2d Dept 2009], lv denied 13 NY3d 794 [2009]; see also People v Rosario, 22 AD3d 871, 872 [2d Dept 2005], lv denied 6 NY3d 780 [2006]).

THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.

ENTERED: May 5, 2026